No. 606, Misc. BURKS *v.* KLINGER, WARDEN, ET AL. Supreme Court of California. Certiorari denied. *George Olshausen* for petitioner.

No. 607, Misc. YOUNG *v.* OKLAHOMA. Court of Criminal Appeals of Oklahoma. Certiorari denied.

No. 611, Misc. HARRIS *v.* REINCKE, WARDEN. Superior Court of Connecticut, Hartford County. Certiorari denied.

No. 614, Misc. SNYDER *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *David Kanner* and *Stanford Shmukler* for petitioner.

No. 617, Misc. NAYLOR *v.* WALKER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 620, Misc. POE *v.* OREGON. Supreme Court of Oregon. Certiorari denied.

No. 622, Misc. JANOSKO *v.* NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Anthony J. Lokot,* Assistant Attorney General, for respondent.

No. 623, Misc. COGDELL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.